| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | PETER K. THOMPSON (HI 5890) |
| | Acting Regional Chief Counsel |
| 3 | MARGARET LEHRKIND, CSBN 314717 |
| | Special Assistant United States Attorney |
| 4 |     Social Security Administration |
| |     160 Spear Street, Suite 800 |
| 5 |     San Francisco, CA 94105 |
| |     Telephone: (510) 970-4829 |
| 6 |     Facsimile: (415) 744-0134 |
| | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROBIN LYN MORALES, | No. 1:22-cv-00230-BAM |
|     Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
|     Defendant. | |

IT IS HEREBY STIPULATED, by and between Robin Lyn Morales (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of thirty (30) days to file a Response to Plaintiff's Opening Brief. This is Defendant's first request for an extension. The current due date is August 22, 2022. The new date will be September 21, 2022. All other deadlines will extend accordingly.

Good cause exists for this request. Defendant's counsel has worked diligently to meet the

timelines provided by the Court but has been prevented from doing so by her busy schedule. Defendant's counsel has eight-one other active cases in various stages of litigation, and 14 responsive briefs due in the next 30 days.  Additionally, Defendant's counsel has other responsibilities with another practice group in her office where the work cannot be extended. Defendant also will be out of the office on leave from August 22 – August 26.  Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily. Defendant apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

DATE: August 9, 2022              */s/ Stuart Barasch*
                                  STUART BARASCH
                                  Attorney for Plaintiff
                                  (as approved via email)

                                  PHILLIP A. TALBERT
                                  United States Attorney

DATE: August 9, 2022        By    *s/ Margaret Lehrkind*
                                  MARGARET LEHRKIND
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation, and cause appearing, Defendant's request for an extension of time to file a response to Plaintiff's Opening Brief is GRANTED.  Defendant shall file the response to Plaintiff's Opening Brief on or before September 21, 2022.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **August 10, 2022**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE