1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Robin Lyn Morales

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

ROBIN LYN MORALES,

       Plaintiff,

  vs.

KILOLO KIJAKAZI, Commissioner of Social Security,

      Defendant.

) Case No.: 1:22-cv-00230-BAM
)
)
) **STIPULATION FOR THE AWARD**
) **AND PAYMENT OF ATTORNEY**
) **FEES PURSUANT TO THE EQUAL**
) **ACCESS TO JUSTICE ACT, 28 U.S.C.**
) **§ 2412(d), AND COSTS PURSUANT**
) **TO 28 U.S.C. § 1920**
)
)

This stipulation is intended to replace and deny the Motion for Attorney Fees Plaintiff filed on December 19, 2022 as moot (Dkt. 16).

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Robin Lyn Morales be awarded attorney fees in the amount of Five Thousand Nine Hundred Six Dollars and Sixty-Seven Cents ($5,906.67) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and costs in the amount of Four Hundred Two Dollars ($402.00) under 28 U.S.C. § 1920. This amount represents

1    compensation for all legal services rendered on behalf of Plaintiff by counsel in

2    connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

3          After the Court issues an order for EAJA fees to Plaintiff, the government

4    will consider the matter of Plaintiff's assignment of EAJA fees (see Exhibit A) to

5    Olinsky Law Group.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct.

6    2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on

7    whether the fees are subject to any offset allowed under the United States

8    Department of the Treasury's Offset Program.  After the order for EAJA fees is

9    entered, the government will determine whether they are subject to any offset.

10         Fees shall be made payable to Plaintiff, but if the Department of the

11   Treasury determines that Plaintiff does not owe a federal debt, then the

12   government shall cause the payment of fees to be made directly to Olinsky Law

13   Group, pursuant to the assignment executed by Plaintiff.  Any payments made

14   shall be delivered to Olinsky Law Group, 250 South Clinton Street, Suite 210,

15   Syracuse, NY 13202.

16         This stipulation constitutes a compromise settlement of Plaintiff's request

17   for EAJA attorney fees, and does not constitute an admission of liability on the

18   part of Defendant under the EAJA or otherwise.  Payment of the agreed amount

19   shall constitute a complete release from, and bar to, any and all claims that

20   Plaintiff and/or Stuart T. Barasch including the Olinsky Law Group may have

21   relating to EAJA attorney fees in connection with this action.

22         This award is without prejudice to the rights of Stuart T. Barasch and/or

23   the Olinsky Law Group to seek Social Security Act attorney fees under 42 U.S.C.

24   § 406(b), subject to the savings clause provisions of the EAJA.

25

26

27   Date: December 30, 2022          Stuart T. Barasch, Esq. by
                                      Howard D. Olinsky, Esq
28                                    Attorney for Plaintiff

1

Of Counsel, Olinsky Law Group

2

3

4

By:   */s/ Stuart T. Barasch*
Stuart T. Barasch

5

Of Counsel, Olinsky Law Group
Attorneys for Plaintiff

6

7

PHILIP A. TALBERT, Esq.
United States Attorney

8

MATHEW W. PILE

9

Associate General Counsel

10

11

By:   */s/ Margaret Lehrkind*[i]
MARGARET LEHRKIND

12

Special Assistant United States Attorney
Attorneys for Defendant

13

14

15

16

[i] Signed by Plaintiff's Counsel with permission via email December 30, 2022

17

18

19

20

21

22

23

24

25

26

27

28

-3-

STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Robin Lyn Morales

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA- FRESNO DIVISION

ROBIN LYN MORALES,

                    Plaintiff,     CASE NO.: 1:22-CV-00230-BAM

    -v-

ACTING COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.

**ORDER AWARDING ATTORNEY'S
FEES PURSUANT TO THE   EQUAL ACCESS TO
JUSTICE ACT, 28 U.S.C. § 2412 (d)**

Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of Defendant Commissioner, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

IT IS HEREBY ORDERED that **attorney's fees** in the amount of Five Thousand Nine Hundred Six Dollars and Sixty-Seven Cents ($5,906.67) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and costs in the amount of

1

2   Four Hundred Two Dollars ($402.00) pursuant to 28 U.S.C. § 1920 are awarded to

3   Plaintiff.

4       If the U.S. Department of the Treasury determines that Plaintiff's EAJA

5   fees, expenses, and costs are not subject to offset allowed under the Department of

6   the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses,

7   and costs may be made payable to Olinsky Law Group. Any payment of costs may

8   be made either by electronic fund transfer (EFT) or by check.

9       IT IS FURTHER ORDERED that Plaintiff's Motion for EAJA fees (Dkt.

10  No. 16) is hereby denied as moot.

11

IT IS SO ORDERED.

12

13      Dated:   **January 4, 2023**                    /s/ *Barbara A. McAuliffe*

14                                                  UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28